# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANABEL OCEGUEDA,<br><br>　　　　　　Defendant. | Case No.: 3:08-cr-03140-BEN-1<br><br>**ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)**<br><br>**[ECF No. 37]** |

　　　On January 8, 2021, Defendant Anabel Ocegueda filed a motion requesting a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 37. The same day, she filed the same motion before Judge Cathy Ann Bencivengo. *See United States v. Ocegueda*, S.D. Cal. Case No. 3:12-cr-00509-CAB-1, ECF No. 62. On January 27, 2021, Judge Bencivengo issued an Order denying Defendant's motion. Case No. 3:12-cr-00509-CAB, ECF No. 73. The Court has reviewed the Parties' briefing on this motion, and, having considered the arguments set forth therein adopts the reasoning set forth in Judge Bencivengo's Order. Accordingly, Defendant's motion is DENIED.

　　　**IT IS SO ORDERED.**

Dated: January 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**HON. ROGER T. BENITEZ**
United States District Judge